IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL DEJUAN MCCROY, | ) | 8:10CV69 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DOUGLAS COUNTY CORRECTIONS CENTER, JEFFERY L. NEWTON, Director, WALKER, Sgt., HEATLEY, Chaplain, and CORTESE, C. O., | ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court on Plaintiff's Motion for Enlargement of Time to Pay Initial Partial Filing Fee for Appeal. (Filing No. 16.) In his Motion, Plaintiff requests an extension of time to pay the initial partial filing fee. (*Id*.)

On May 12, 2010, the court gave Plaintiff until June 11, 2010, to pay the initial partial filing fee for his appeal. (Filing No. 13.) However, the record before the court shows that Plaintiff timely submitted his initial partial filing fee on June 10, 2010. (*See* Docket Sheet.) Accordingly, Plaintiff's Motion is moot.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Enlargement of Time to Pay Initial Partial Filing Fee for Appeal (filing no. 16) is denied as moot.

DATED this 23rd day of June, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.